IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KRISTEN LYNN PENISKA I,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>CJ FOODS INC.,<br><br>　　　　　　　Defendant. | **8:19CV277**<br><br>**SCHEDULING ORDER & CASE CONFERENCE INSTRUCTIONS** |

　　IT IS ORDERED:

1. The parties shall review the Nebraska magistrate judges' practices posted at the court's [Civil Case Management](https://www.ned.uscourts.gov/attorney/judges-information/civil-case-management) website page.[1]

2. A status conference to set case progression will be held with the undersigned magistrate judge on January 7, 2020 at 12:00 p.m. (noon) by telephone. Counsel shall use the conferencing instructions (see below) assigned to this case to participate in the conference.

3. The clerk's office shall mail via first class mail a copy of this order to Plaintiff's address of record.

4. To facilitate conferences with Magistrate Judge Zwart, <u>unless the court's order states otherwise</u>, the parties shall use the following instructions and codes assigned to this case:

CASE CONFERENCE INSTRUCTIONS

For **Telephone Conferences** only (e.g., conferences on completing Rule 26(f) reports, case progression issues, pre-motion discovery disputes, etc.):
　　Dial 1-877-336-1828.
　　Enter the access code 5957780, then hit the # key.
　　Enter the security code: 0277

---

[1](https://www.ned.uscourts.gov/attorney/judges-information/civil-case-management).

Press (1) to accept. Press (2) to re-enter.

To <u>add</u> **Web Meeting** capability (e.g., for final pretrial conferences, complex discovery disputes, etc.):

Go to [https://ao-courts.webex.com/meet/cheryl_zwart](https://ao-courts.webex.com/meet/cheryl_zwart)
Enter the Meeting Number: 877 336 1828.
Enter the Code: 5957780.
Enter your e-mail address and name.
Click Submit. If prompted, click Participant

Dated this 6th day of December, 2019.

               BY THE COURT:

               *s/ Cheryl R. Zwart*
               United States Magistrate Judge